**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00358-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID MELINA,

    Defendant.

**MINUTE ORDER**[1]

At the oral request of defense counsel, and there being no objection by the government, the initial appearance and revocation hearing set for April 22, 2011, is **VACATED** and **RESET** to **April 14, 2011**, at 2:30 p.m.

Dated: March 22, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.