**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00358-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DAVID MELINA,

      Defendant.

## MINUTE ORDER[1]

On **October 20, 2011**, commencing at 9:00 a.m., the court shall conduct a revocation of supervised release hearing in this matter.

      Dated: September 14, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.